**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7307**

———————

MICHAEL R. GODWIN,

Plaintiff - Appellant,

versus

SONJA JOHNS, M.D.,

Defendant - Appellee,

and

NURSE ENTZMINGER; JOHN DOE, I,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-03-804-2)

———————

Submitted: January 26, 2006      Decided: February 1, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael R. Godwin, Appellant Pro Se. Jeff Wayne Rosen, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael R. Godwin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Godwin's motion for x-rays and doctor's reports, and we affirm on the reasoning of the district court. <u>See</u> <u>Godwin v. Entzminger</u>, No. CA-03-804-2 (E.D. Va. filed July 21, 2005; entered July 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>